IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANDREW LEE JACKSON                                                    PLAINTIFF

v.                                   Case No. 6:19-cv-06049

DEXTER PAYNE, Director,
Arkansas Department of Correction                                    DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 25, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 60). Judge Bryant recommends that the present Petition for Writ of Habeas Corpus (ECF No. 1) be denied in its entirety. Judge Bryant further recommends no Certificate of Appealability issue in this matter.

Petitioner has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 60) *in toto*. The Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DENIED**.

**IT IS SO ORDERED**, this 12th day of April, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge